*Edward Radcliff et al* v *Reuben Rowley et al.* B. F. BUTLER, for appellant; A. H. DANA & A. C. BRADLEY, for respondents. Appeal from an order overruling a demurer to bill. The chancellor decided that in a bill for relief on the ground of fraud it is not necessary that the complainant should allege that he has discovered the fraud complained of, within six years. That a demurer will not lie to such a bill, although it appears the fraud occurred more than six years before the commencement of the suit, unless it also appears by necessary intendment that the fraud was discovered by the party aggrieved more than six years before he filed his bill for relief. That where that does not appear, the de-

*[margin notes: Reversionary interests of infants cannot be sold for their support. — Bill for relief on the ground of fraud need not state discovery of fraud within six years. When a demurer will not lie to such a bill.]*

fendant must be left to make his defence by plea or answer, so as to present an affirmative issue, to be tried, upon the question of the discovery of the fraud. <span style="float:right">How statutes of limitation to be set up.</span>

Upon a general demurer to a bill of the nature above mentioned, the chancellor held it to be unnecesary to inquire whether there were not some grounds for relief stated in the bill, of a recent date, which could not be barred by the statute of limitations. Nor whether some groun ls of relief stated in the bill did not appear upon the face thereof to be barred by lapse of time. And he decided that if that question is sought to be raised, on demurer, it must be done by separate demurer to that particular part of the bill. <span style="float:right">When a special demurer necessa.—</span>

Decretal order appealed from affirmed with costs; and proceedings remitted.